|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| CENTRAL DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| In re<br><br>CITY OF SAN BERNARDINO, CALIFORNIA,<br><br>　　　　　Debtor.<br>──────────────────────────<br>CITY OF SAN BERNARDINO, CALIFORNIA,<br><br>　　　　　Plaintiff-Appellee,<br><br>　　v.<br><br>STATE OF CALIFORNIA; JOHN CHIANG, in his official capacity as State Controller of the State of California; OFFICE OF THE STATE CONTROLLER OF CALIFORNIA; MICHAEL COHEN, in his official capacity as the Director of the State of California Department of Finance; CALIFORNIA DEPARTMENT OF FINANCE,<br><br>　　　　　Defendants-Appellants | Case No. 5:13-cv-01797-SJO<br><br>[PROPOSED] ORDER GRANTING CALPERS' MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* IN SUPPORT OF DEFENDANTS' APPEAL<br><br>[Assigned to Hon. S. James Otero] |

**[PROPOSED] ORDER**

The Court, having read and considered "CALPERS' MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE IN SUPPORT OF DEFENDANTS' APPEAL" (the "Motion") filed by California Public Employees' Retirement System ("CalPERS"), and finding good cause therefor, hereby orders that:

1. The Motion is granted and CalPERS has leave to file the Brief of *Amicus Curiae* CalPERS in Support of Appellants and Reversal ("CalPERS *Amicus* Brief").

2. CalPERS *Amicus* Brief is accepted as filed and served.

3. Should the Court deem it helpful, CalPERS will be allowed to present oral argument at further hearings to be conducted in this case.

IT IS SO ORDERED.

Dated: _____, 2013        By: _____
                                  Hon. S. James Otero
                                  United States District Judge